IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  2:20-cr-102-MHT |
| | ) | (WO) |
| BRYAN DENNARD | ) | |

**FORFEITURE MONEY JUDGMENT**

This cause comes before the court upon the government's motion for a forfeiture money judgment in the amount of $ 3,675.55.  Being fully advised of the relevant facts, the court hereby finds that defendant Bryan Dennard obtained at least $ 3,675.55 in proceeds from bank robbery to which he pled guilty.  The defendant has consented to entry of a forfeiture money judgment.

Accordingly, it is ORDERED, ADJUDGED and DECREED that for good cause shown, the government's motion (doc. no. 57) is granted.

It is further ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $ 3,675.55.

It is further ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the government up to the amount of the forfeiture money judgment.

DONE, this 21st day of December, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE