IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:20cr102-MHT
                            )             (WO)
BRYAN DENNARD               )
```

### ORDER

Based upon the representations made on the record during the status conference on January 15, 2021, it is ORDERED that defendant Bryan Dennard's motion to continue (doc. no. 94) is granted and that sentencing, currently set for January 21, 2021, is reset for 10:00 a.m. on February 1, 2021, **by videoconferencing**.  The clerk of the court is to make appropriate arrangements.

DONE, this the 15th day of January, 2021.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE