IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )        2:20cr102-MHT
                             )            (WO)
BRYAN DENNARD                )
```

## MENTAL-HEALTH ORDER

In accordance with the judgment of conviction entered today, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall arrange for defendant Bryan Dennard to receive mental-health treatment, which shall include counseling weekly as recommended by Dr. Kale Kirkland, to address: (a) defendant Dennard's ability to cope in the free world in light of his intellectual disabilities, including his feelings of inferiority and insecurity; (b) issues adjusting from the prison environment back into society after his incarceration; (c) his use of drugs, particularly marijuana, cocaine, and ecstasy; and (d) his diagnosed mood disorder and depression.

DONE, this the 10th day of February, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE